O- send

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>SERGIO MIRANDA-TAFOLLA<br><br>　　　　　　Defendant. | Case No.: MJ 09-1299<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Utah for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　The Court finds that:

A.　(✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of the offense; unknown background information, no bail resources.

___

___

___

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: ___

___

___

___

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 23, 2009

*Alicia G. Rosenberg*
UNITES STATES MAGISTRATE JUDGE